Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## UNITED STATES DISTRICT COURT
for the

_____

Case No. **CV119-0051**
_(to be filled in by the Clerk's Office)_

__William Gorham__
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__Richard Roundtree, Lucas Heise, Traci Ferguson__
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*



FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 APR -1 AM 9:18 CLERK SO. DIST. OF GA.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: William Gorham
All other names by which you have been known:
ID Number: 5262938
Current Institution: Charles B. Webster Detention Center
Address: 1941 Phinizy Road
Augusta, GA 30506
*City / State / Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Richard Roundtree
Job or Title *(if known)*: Sheriff of Richmond County
Shield Number: unknown
Employer: Richmond County Sheriff Department
Address: 400 Walton Way
Augusta, GA
*City / State / Zip Code*
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Lucas Heiss
Job or Title *(if known)*: Sheriff Investigator
Shield Number: unknown
Employer: Richmond County Sheriff Department
Address: 400 Walton Way
Augusta, GA
*City / State / Zip Code*
[X] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Traci Ferguson
Job or Title (if known): Deputy Jailer
Shield Number: unknown
Employer: Richmond County Sheriff Department
Address: 1941 Phinizy Road
Augusta, GA 30906
City / State / Zip Code

[X] Individual capacity    [X] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

City / State / Zip Code

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

IV Amendment and XIV Amendment Section 1

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached statement of claim*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See attached statement of claim*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

October 25, 2017 between 9 o'clock am to noon

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached statement of claim

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached Relief

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Charles B. Webster Detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

IV Statement of Claim

1. Defendant Roundtree, at all times mentioned herein is the elected Sheriff for Richmond County, Augusta, Georgia and is legally responsible for the lawful operation of Richmond County Sheriff Department and the Charles B. Webster Detention Center (also known as the Richmond County Jail). And, at all times mentioned herein, acted under the color of law.

2. Defendant Heise, at all times mentioned herein is a Sheriff Investigator for the Richmond County Sheriff's Department, Augusta, Georgia and, at all times mentioned herein, acted under the color of law.

3. Defendant Ferguson, at all times mentioned herein, is a Deputy Jailer with Richmond County Sheriff's Department and work at the Charles B. Webster Detention Center. And, at all times mentioned herein, acted under the color of law.

4. On October 25, 2017, at or about 9 o'clock am, Defendant Heise reported leaving 400 Walton Way enroute to the Richmond County Jail; in reference seizing a black in color Verizon Cell Phone, model# KT1609 and device ID# 8914800007029387815 from Plaintiff Gorham's personal property.

5. At or about 9:31 AM on October 25, 2017, Defendant Heise arrived at the Richmond County Jail and met with Defendant Ferguson, who allowed Defendant Heise to seize the black in color Verizon cell phone model # XT 1609 and device ID # 891480000020293876l5 from Plaintiff Gorham's personal property.

6. At or about 9:45 AM, Defendant Heise departed the Richmond County Jail enroute to 400 Walton Way with Plaintiff Gorham's personal property; to-wit, one black in color Verizon cell phone.

7. At or about 10 o'clock, Defendant Heise arrived at 400 Walton Way and reported to have drafted a search warrant affidavit in reference to searching the contents of Plaintiff Gorham's cell phone.

8. At or about 11:05 AM, Defendant Heise reputedly presented an affidavit for a search warrant to the Honorable Superior Court Judge Daniel Craig.

9. The Charles B. Webster Detention Center (also known as the Richmond County Jail) operates under the lawful authority of Defendant Roundtree and, at all times mentioned herein, the Center did have promulgated policy and procedures in place pertaining to inmates and pretrial detainees'

personal property.

10. At all times mention, neither Defendant Roundtree or Defendant Ferguson have written consent from Plaintiff Gorham to release his cell phone to anyone, nor did Defendant have a lawful search warrant to seize Plaintiff Gorham's cell phone prior to seizing said cell phone from Defendant Ferguson. Therefore, Defendants Roundtree and Ferguson violated the Charles B. Webster Detention Center's policy and procedures pertaining to the release of inmates and/or pretrial detainees' personal property.

11. Defendant Heise did willfully and knowingly violate Plaintiff Gorham's constitutional rights.

VI Relief

12. A declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States, and

13. Granting Plaintiff compensatory damages in the amount of One Million Dollars against each defendant, jointly and severally.

14. Plaintiff seek punitive damages in the amount of Fifty Thousand against each defendant jointly and severally.

15. Plaintiff also seek a jury trial on all issues triable by jury.

16. Plaintiff also seek recovery of his costs in this suit, and

17. Any additional relief this court deems just, proper, and equitable.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

       _____

    3. Docket or index number

       _____

    4. Name of Judge assigned to your case

       _____

    5. Approximate date of filing lawsuit

       _____

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *N/o*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 27, 2019

Signature of Plaintiff: William Graham
Printed Name of Plaintiff: William Graham
Prison Identification #: 5262538
Prison Address: 1941 Phinizy Road
Augusta, GA 30906

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
 City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Clerk, United States District Court
Post Office Box 1130
Augusta, Georgia 30903